UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **CV 23-01347-MWF (MAAx)** | Date: May 8, 2025 |
| Title  ***Espire Ads LLC et al. v. Tapp Influencers Corp. et al.*** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On November 25, 2024, the Court granted Plaintiffs' Ex Parte Application to Continue Trial.  (Docket No. 113).  That Order set June 3, 2025, as the trial date and established April 28, 2025, as the deadline to file Memoranda of Contentions of Fact and Law, Exhibit and Witness Lists, a Status Report regarding settlement, and all Motions in Limine.  (*Id.* at 2).  The Order also established May 5, 2025, as the deadline for the parties to lodge the Pretrial Conference Order, an agreed set of Jury Instructions and Verdict Form, a statement regarding Disputed Instructions and Verdict Form, and Oppositions to Motions in Limine.  (*Id.*).  The Court set the Pretrial Conference for May 19, 2025.  (*Id.*).

To date, the parties have filed none of the required trial documents.  The parties did not respond to an informal request for a status update regarding their trial preparation.

The Court now **ORDERS** Plaintiff to **SHOW CAUSE** (the "OSC") in writing why the matter should not be dismissed for lack of prosecution.  The response to the OSC shall be no more than ten pages (not including exhibits) and shall be filed on or before **May 16, 2025**.  Defendants' optional reply of no more than ten pages shall be filed on or before **May 23, 2025**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-01347-MWF (MAAx)**                                         Date:  May 8, 2025

Title      ***Espire Ads LLC et al. v. Tapp Influencers Corp. et al.***

    The Pretrial Conference currently scheduled for **May 19, 2025** is hereby **VACATED**.  The matter remains set for trial on **June 3, 2025**.

    IT IS SO ORDERED.